UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
June 24, 2024

| | |
|---|---|
| **MANDY VAN GORP, et. al.,** | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) CASE NO. 1:22-cv-01650-TWP-MKK |
| | ) |
| **LILLY USA, LLC,** | ) |
|     **Defendant.** | ) |

## STIPULATION OF DISMISSAL

Comes now the Plaintiffs, Mandy Van Gorp, Denise Arredondo, Amber Nikolai, and Megan Barth, and Defendant, Lilly USA, LLC, through counsel and pursuant to Fed. R. Civ. 41(a), hereby stipulate and agree to the dismissal, with prejudice, of all claims by the Plaintiffs against the Defendant in this matter in their entirety. Each party shall bear their own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Taylor Ferguson* | */s/ Michael P. Roche (w/ permission)* |
| Andrew Dutkanych, III | Michael P. Roche |
| Taylor J. Ferguson | Kara E. Cooper |
| BIESECKER DUTKANYCH | Sarah N. Kreger |
| & MACER LLC | WINSTON & STRAWN LLP |
| tferguson@bdlegal.com | mroche@winston.com |
| kfb@bdlegal.com | kecooper@winston.com |
| | skreger@winston.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael R. Phillips
Peter A. Milianti
Katherine P. Lennox
McGuireWoods LLP
mphillips@mcguirewoods.com
pmilianti@mcguirewoods.com
klennox@mcguirewoods.com
*Attorneys for Defendants*

Michael P. Roche
Kara E. Cooper
Sarah N. Kreger
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mroche@winston.com
kecooper@winston.com
skreger@winston.com
*Attorneys for Defendant*

> */s/ Taylor J. Ferguson*
> *Counsel for Plaintiff*